### (July 25, 1969)

■   In the Matter of GEORGE H. HAMILTON, Also Known as GEORGE HOROWITZ, Petitioner, v. BAR ASSOCIATION OF NASSAU COUNTY, NEW YORK, INC., Respondent.— Application by petitioner (a suspended attorney, whose period of suspension has expired) for reinstatement to the Bar as an attorney and counselor at law. Application denied. Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.